**Order entered February 27, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01647-CR

**JATHAN MEWBOURN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-80569-2013**

## ORDER

The clerk's record filed in this appeal is incomplete and does not comply with Texas Rule of Appellate Procedure 34.5(a). Specifically, the clerk's record does not contain an index setting forth the page numbers at which the pleadings are found. Moreover, although appellant's notice of appeal states that he is appealing his conviction following a jury trial, the clerk's record does not contain the documents related to jury selection or the jury charge, the trial court's judgment, appellant's motion for new trial, appellant's notice of appeal, the trial court's certification of appellant's right to appeal, or appellant's designations of the clerk's and reporter's records.

Accordingly, this Court **ORDERS** the Collin County Clerk to file within **FIFTEEN DAYS** of the date of this order, a corrected clerk's record that contains an index, all of the above documents, and any other documents designated by appellant and required by rule 34.5(a)(2).

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Barnett Walker, Presiding Judge, County Court at Law No. 2; Stacey Kemp, Collin County Clerk; and to counsel for all parties.

/s/     LANA MYERS
          JUSTICE